IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUGER 10/22 .22 CALIBER RIFLE, SERIAL NO. 822-02527,
2. PALMETTO STATE ARMORY PA-15 RIFLE, SERIAL NO. PA063404,

    Defendants.

───────────────────────────────────────────────

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

───────────────────────────────────────────────

The United States of America ("United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Kurt J. Bohn, pursuant to Supplemental Rule for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

## JURISDICTION AND VENUE

1. The United States has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 924(d)(1), seeking forfeiture of the defendant property based upon violations of 18 U.S.C. § 922(g)(3). This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 28 U.S.C. § 1395, as the defendant property is located, and the acts described herein occurred in the District of Colorado.

## DEFENDANT PROPERTY

3. Defendant property is more fully described as follows:

    a. Ruger 10/22 .22 Caliber Rifle, with serial no. 822-02527

1

("defendant Ruger Rifle"), was seized on October 8, 2020 from a Toyota Tacoma pickup, which was impounded at the time by the Colorado Springs Police Department. Defendant Ruger Rifle is currently being held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in Denver, Colorado.

      b.      Palmetto State Armory PA-15 Rifle, with serial no. PA063404 ("defendant Palmetto State Armory Rifle), was seized on October 8, 2020 from a Toyota Tacoma pickup, which was impounded at the time by the Colorado Springs Police Department. Defendant Palmetto State Armory Rifle is currently being held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) in Denver, Colorado.

## **FACTUAL BASIS FOR FORFEITURE**

4.      Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

5.      On August 3, 2020, officers with the Denver Police Department recovered an unoccupied stolen vehicle, found near Denver International Airport. Inside the vehicle, officers discovered an expired passport, a social security card, a Montana Hunter Education Certificate, and an old college identification card, all with the name Christian Currier. Officers also discovered a Beretta handgun that had been stolen in March 2020, from a Federal Firearms Licensee (FFL) designated gun store, located in Peyton, Colorado.

6.      On September 23, 2020, ATF investigators interviewed Christian Currier, who was in custody at the time after being arrested in El Paso County, Colorado on an unrelated matter. Christian Currier stated that he was a user of methamphetamine, a

2

Schedule II controlled substance. Christian Currier was in possession of a small amount of methamphetamine at the time of his arrest.

7.     On October 6, 2020, investigators with ATF received information about a burglary that had taken place the day before at Big R of Limon, LLC, an FFL located in Limon, Colorado. An individual reportedly hid in the shipping/receiving area of the store at closing time and then broke into a display case after employees had left for the evening. Eleven firearms were stolen from Big R of Limon.

8.     Investigators noted similarities between this burglary and two others that had occurred recently. The first was the burglary at the FFL located in Peyton, Colorado, and the second was a burglary at the Big R location in Colorado Springs, Colorado, in April 2020.

9.     On October 8, 2020, ATF investigators executed a search warrant on a Toyota Tacoma pick-up that was being driven by Christian Currier at the time of his arrest. The vehicle had been impounded by the Colorado Springs Police Department. The vehicle was found to contain defendant Ruger Rifle, and defendant Palmetto State Armory Rifle.

10.    Based on the facts and circumstances described above, evidence shows that defendant Ruger Rifle and defendant Palmetto State Armory Rifle are involved in a violation of 18 U.S.C. § 922 and are therefore subject to forfeiture.

## CERTIFICATION OF JASON JEWKES
## SPECIAL AGENT, BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES (ATF)

I, Special Agent Jason Jewkes, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

SA *[signature]*
Jason Jewkes
Special Agent – ATF

## FIRST CLAIM FOR RELIEF

11. The Plaintiff repeats and incorporates by reference the paragraphs above.

12. By the foregoing and other acts, defendant Ruger Rifle constitutes a firearm owned by a person who is an unlawful user of a controlled substance, as defined in the section 102 of the Controlled Substances Act, in violation of 18 U.S.C. § 922(g)(3), and therefore is forfeitable to the United States pursuant to 18 U.S.C. § 924(d)(1).

## SECOND CLAIM FOR RELIEF

13. The Plaintiff repeats and incorporates by reference the paragraphs above.

14. By the foregoing and other acts, defendant Palmetto State Armory Rifle constitutes a firearm owned by a person who is an unlawful user of a controlled substance, as defined in the section 102 of the Controlled Substances Act, in violation of 18 U.S.C. § 922(g)(3), and therefore is forfeitable to the United States pursuant to 18 U.S.C. § 924(d)(1).

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant Ruger Rifle and defendant Palmetto State Armory Rifle in favor of the United States, that the United States be authorized to dispose of the defendant firearms in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant firearms and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 3rd day of March 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: kurt.bohn@usdoj.gov
*Attorney for the United States*