IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RUGER 10/22 .22 CALIBER RIFLE, SERIAL NO. 822-02527,
2. PALMETTO STATE ARMORY PA-15 RIFLE, SERIAL NO. PA063404,

      Defendants.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain them in your custody until further order of this Court:

1. Ruger 10/22 .22 Caliber Rifle, Serial No. 822-02527
2. Palmetto State Armory PA-15 Rifle, Serial No. PA063404

    DATED this ___ day of _____2021.

                                        JEFFREY P. COLWELL
                                        Clerk of the U.S. District Court

                              By: _____
                              Deputy Clerk